## NEW YORK SUPERIOR COURT — GENERAL TERM, APRIL, 1893.

TALCOTT *v.* LEVY et al.

*Carter, Pinney & Kellogg,* for plaintiff (respondent).

*Ira Leo Bamberger,* for defendants (appellants).

*Per Curiam.* The judgment is affirmed upon the opinions of the learned trial judge.